PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVAN KUMAR UPPUTURI, ET AL., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA, ET AL., <br><br>Defendants. | CASE NO. 2:23-CV-00868-DJC-CKD <br><br> STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

1

     Defendants respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose. The parties have met and conferred via email concerning their respective positions in this litigation. Defendants intend on filing a motion to dismiss all claims in Plaintiff's complaint but require additional time to gather the necessary agency records and prepare their motion.

     The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is August 21, 2023. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: July 20, 2023

                                               PHILLIP A. TALBERT
                                               United States Attorney

                                     By:  /s/ ELLIOT C. WONG
                                             ELLIOT C. WONG
                                             Assistant United States Attorney

                                             /s/ ALAN R. DIAMANTE
                                             ALAN R. DIAMANTE
                                             Counsel for Plaintiff

                                                 ORDER

IT IS SO ORDERED.

Dated: July 21, 2023                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE