1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Defendants

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  PAVAN KUMAR UPPUTURI, ET AL.,          CASE NO.  2:23-CV-00868-DJC-CKD

11                      Plaintiffs,         STIPULATION AND ORDER FOR EXTENSION
                                            OF TIME IN WHICH TO FILE REPLY BRIEF
12              v.

13  UNITED STATES OF AMERICA, ET AL.,

14                      Defendants.

15

16      Defendants respectfully requests a first extension of time in which to file a brief in reply to

17  Plaintiffs' opposition brief (ECF 11), and counsel for Plaintiffs does not oppose.  Defendants have

18  extended a settlement offer to Plaintiffs, and the parties require additional time to discuss a potential

19  resolution of this litigation.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28
                                            1

The parties therefore stipulate that the new date for Defendants to file its brief in reply to Plaintiffs' opposition brief (ECF 11) is September 25, 2023.

Respectfully submitted,

Dated:  September 8, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ ALAN R. DIAMANTE
ALAN R. DIAMANTE
Counsel for Plaintiffs

ORDER

In light of the Parties' stipulation and good cause appearing therefor, Defendants shall a brief in reply to Plaintiffs' opposition brief (ECF 11) no later than September 25, 2023.  Accordingly, the hearing on Defendants' Motion to Dismiss (ECF 9), set for September 28, 2023, is VACATED and RESET for October 12, 2023, at 1:30 PM in Courtroom 10 before District Judge Daniel J. Calabretta.

IT IS SO ORDERED.

Dated:  September 8, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2