PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVAN KUMAR UPPUTURI, ET AL., | CASE NO.  2:23-CV-00868-DJC-CKD |
| Plaintiffs, | STIPULATION AND ORDER FOR STAY |
| v. | |
| UNITED STATES OF AMERICA, ET AL., | |
| Defendants. | |

1    The parties in this action have reached a settlement, and hereby agree to stay these proceedings

2  for 14 days.  A copy of the settlement agreement is also being filed on the docket.

3    The parties therefore stipulate to stay these proceedings through October 4, 2023.  By the end of

4  this stay, Plaintiffs will file a stipulated dismissal of this action, pursuant to the terms of the parties'

5  agreement.

6

7  Respectfully submitted,

8

9   Dated:  September 20, 2023                    PHILLIP A. TALBERT
                                                  United States Attorney
10

11                                        By:  /s/ ELLIOT C. WONG
                                               ELLIOT C. WONG
12                                             Assistant United States Attorney

13

14                                             /s/ ALAN DIAMANTE
                                               ALAN DIAMANTE
15                                             Counsel for Plaintiffs

16

17

18                                        ORDER

19        IT IS SO ORDERED.

20

21
    Dated:  September 22, 2023              /s/ Daniel J. Calabretta
22                                          THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28
                                          2